UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

MYRON WARD                                                                                      PLAINTIFF

V.                                                              CIVIL ACTION NO. 4:06CV125 DPJ-JCS

CHRISTOPHER EPPS                                                                        DEFENDANT

## AMENDED JUDGMENT

Having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and having adopted same as the opinion of this Court, the Court finds that the same entire action should be dismissed with prejudice.

THEREFORE, IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of the defendants, and that this action is dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 1th day of October, 2007.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE